JAMES S. BARROW, appellant.

*v.*

DANIEL VAN WINKLE, respondent.

On appeal from a decree advised by Vice-Chancellor Dodd, who rendered the following opinion:

In the foreclosure suit of *Van Winkle* v. *Blakiston et al.*, I think there should be a decree that the mortgage of the defendant, Barrow, is a subsequent lien to the mortgages of the complainant. My conclusion is that the Barrow mortgage was taken with actual notice of those previously executed to the complainant.

Tresch *v.* Wirtz.

*Mr. Chas. H. Voorhis,* for appellant.

*Messrs. Ackerson & Van Valen,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given in the foregoing opinion.